AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)        ☐ Original  ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT

5/30/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT

5/30/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ bm _____ DEPUTY

United States of America

v.

Gregory Johnson,

Defendant

Case No.    2:25-MJ-03328-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 25, 2025 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threatening a Person Assisting Federal Officers and Employees |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/*
*Complainant's signature*

Ryan J. Angeles, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    5/30/2025

_____
*Judge's signature*

City and state:    Los Angeles, California

Hon. Jean P. Rosenbluth, U.S. Magistrate Judge
*Printed name and title*

AUSA: Matthew J. Tako (x0705)

**AFFIDAVIT**

I, Ryan Joseph Angeles, being duly sworn, declare and state as follows:

## I.  PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint against, and arrest warrant for, GREGORY JOHNSON ("JOHNSON") for a violation of 18 U.S.C. § 115(a)(1)(B) (threatening a person assisting federal officers and employees).

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3.    I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS").  I have been in this position since August 2021.  From 2014 to July 2021, I was an FPS uniformed law enforcement officer.  In that position, I conducted various preliminary investigations including threats to Federal officials and employees.  I also conducted training as a Defensive Tactics Instructor on the use of force and tactics of a law enforcement

1

officer. As part of my official duties as a SA, I investigate crimes against the United States that originate on United States government property, including threats to Federal officials and employees.

4. I have completed two basic training courses at the Federal Law Enforcement Training Center in Glynco, Georgia, which included training in the investigation of various crimes including threats to Federal officials and employees.

### III. SUMMARY OF PROBABLE CAUSE

5. On March 25, 2025, JOHNSON repeatedly threatened to kill three security officers at the Los Angeles Federal Building.

6. Shortly after 11:56 a.m., JOHNSON threatened to kill C.M., E.L., and A.R. while they were working security at the lobby of the Los Angeles Federal Building stating multiple times "I'm going to kill you."

7. C.M., E.L., and A.R. are in fear for their safety and believe JOHNSON has the means, intent, and capability to carry out his threat to kill them.

### IV. STATEMENT OF PROBABLE CAUSE

8. Based on my review of law enforcement reports, photographs, videos, conversations with other law enforcement officers, conversations with C.M., E.L., and A.R., and my own knowledge of the investigation, I am aware of the following:

**A.   C.M., E.L., and A.R. provide security services for the federal government**

9.   C.M., E.L., and A.R. are Protective Security Officers ("PSOs") with Paragon Systems.  As PSOs working for Paragon Systems, they have been contracted by FPS to provide security services at government-owned and leased properties.

10.   At all relevant times on March 25, 2025, C.M., E.L., and A.R. were on duty at the Los Angeles Federal Building, in Los Angeles, within the Central District of California.

**B.   JOHNSON threatened to kill C.M., E.L., and A.R.**

11.   JOHNSON entered the Los Angeles Federal Building shortly after 11:45 a.m. on March 25.  He seemed upset about the security screening process, and C.M. told JOHNSON several times to step behind a yellow line.

12.   JOHNSON eventually started yelling at C.M., telling him, "what are you gonna do about it?" and "hurry up nigga… I need to get in."

13.   C.M. told JOHNSON he needed to comply with the screening process and JOHNSON stated he would call his Probation Officer.

14.   JOHNSON refused to step aside to make his call and blocked the screening station.

15.   E.L. asked JOHNSON to step aside and JOHNSON approached E.L.'s face and stated "I can do whatever the fuck I want… without that badge you ain't shit."

16.   E.L. warned JOHNSON to comply or he would get detained.

3

17.   JOHNSON moved closer to E.L., clenched his fist into a ball, and said "without that badge you ain't shit I'll fuck you up."

18.   C.M. and A.R. attempted to detain JOHNSON to prevent him from striking E.L.

19.   JOHNSON told them "you're dead…. I'm going to kill you" while resisting detention.

20.   JOHNSON was resisting detention for several minutes until he was placed in handcuffs.

21.   JOHNSON looked at E.L. in the face and stated "if I catch you outside motherfucker I'm going to kill you on my dead homies." JOHNSON also looked at C.M. and A.R. in the face and told them they were nothing without their badge and that he would kill them.

22.   As a result of JOHNSON's actions and threats, C.M., E.L., and A.R. are in fear for their safety and believe JOHNSON has the means, intent, and capability to carry out his threat to kill them.

**C.    C.M., E.L., and A.R. were assisting FPS in the performance of its official duty to protect federal property**

23.   During the incident described above, C.M., E.L., and A.R. were working at the Los Angeles Federal Building in identifiable uniforms inside the main entrance of the facility and lobby.  C.M., E.L., and A.R. are fully qualified PSOs assigned to the post.  In that capacity, they were assisting FPS

in performing its official duty to protect the Los Angeles

Federal Building.

## V.  CONCLUSION

24.  For all the reasons described above, there is probable

cause to believe that JOHNSON violated 18 U.S.C. § 115(a)(1)(B)

(threatening a person assisting federal officers and employees).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 30th day of May,
2025

_____
HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

5