FILED
CLERK, U.S. DISTRICT COURT
6/12/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00474-MWF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 115(a)(1)(B): Threatening Persons Assisting Federal Officers and Employees] |
| GREGORY ERIC JOHNSON, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 115(a)(1)(B)]

On or about March 25, 2025, in Los Angeles County, within the Central District of California, defendant GREGORY ERIC JOHNSON, knowingly threatened to assault victim C.M., a Protective Security Officer employed by Paragon Systems, assisting officers and employees of the Federal Protective Service located at the 300 North Los Angeles Federal Building in Los Angeles, California, with the intent to impede, intimidate, and interfere with victim C.M. while victim C.M. was engaged in the performance of official duties, and with the

1  intent to retaliate against victim C.M. on account of the performance
2  of official duties.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1                          COUNT TWO

2                     [18 U.S.C. § 115(a)(1)(B)]

3        On or about March 25, 2025, in Los Angeles County, within the
4   Central District of California, defendant GREGORY ERIC JOHNSON,
5   knowingly threatened to assault victim E.L., a Protective Security
6   Officer employed by Paragon Systems, assisting officers and employees
7   of the Federal Protective Service located at 300 North Los Angeles
8   Federal Building in Los Angeles, California, with the intent to
9   impede, intimidate, and interfere with victim E.L. while victim E.L.
10  was engaged in the performance of official duties, and with the
11  intent to retaliate against victim E.L. on account of the performance
12  of official duties.

## COUNT THREE

[18 U.S.C. § 115(a)(1)(B)]

On or about March 25, 2025, in Los Angeles County, within the Central District of California, defendant GREGORY ERIC JOHNSON, knowingly threatened to assault victim A.R., a Protective Security Officer employed by Paragon Systems, assisting officers and employees of the Federal Protective Service located at 300 North Los Angeles Federal Building in Los Angeles, California, with the intent to impede, intimidate, and interfere with victim A.R. while victim A.R. was engaged in the performance of official duties,

//

//

and with the intent to retaliate against victim A.R. on account of the performance of official duties.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney

*Frances D. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

MATTHEW J. TAKO
Assistant United States Attorney
General Crimes Section